**Order entered November 5, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00421-CR
No. 05-13-00423-CR
No. 05-13-00424-CR
No. 05-13-00425-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**ALBERT G. HILL III, Appellee**

## ORDER

The Court **GRANTS** the October 24, 25, and 28, 2013 motions of Michael Mowla and John Charles Hueston, Marshall A. Camp, and Alison Plessman to permit Mr. Houston, Mr. Camp, and Ms. Plessman to appear pro hac vice on behalf of appellee Albert G. Hill III. We **DIRECT** the Clerk to add John Charles Hueston, Marshall A. Camp, and Alison Plessman as attorneys pro hac vice for appellee.

/s/    LANA MYERS
       JUSTICE